OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. Defendant’s sole argument on appeal is that a specific comment made by the prosecutor during summation violated
 
 *886
 
 his rights to a fair trial by an impartial jury and to equal protection under the law. At the time of the prosecutor’s statement, however, defendant made only a general objection, thus failing to preserve his argument for this Court’s review
 
 (see, People v Rivera,
 
 73 NY2d 941, 942;
 
 People v Ford,
 
 69 NY2d 775, 776).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed in a memorandum.